BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, SBN 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8938
    Facsimile:  (415) 744-0134
    E-Mail:  Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LINDA RATCLIFF,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO.: 2:10-CV-01244-EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment be extended from December 31, 2010, to January 30, 2011.

    This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defense Counsel needs additional time to further review the defensibility of this case.

///

///

///

///

///

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  December 22, 2010

/s/ *Bess M. Brewer*
(As authorized via e-mail)
BESS M. BREWER
Attorney for Plaintiff

Dated:  December 22, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

OF COUNSEL:

LYNN M. HARADA
Assistant Regional Counsel
United States Social Security Administration

**IT IS SO ORDERED:**

Dated:  January 4, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE