1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  THEOPHOUS H. REAGANS, CSBN 189450
5  Special Assistant United States Attorney

6      333 Market Street, Suite 1500
       San Francisco, California 94105
7      Telephone:  (415) 977-8938
8      Facsimile:  (415) 744-0134
       E-Mail: Theophous.Reagans@ssa.gov
9
10 Attorneys for Defendant

11                      UNITED STATES DISTRICT COURT

12                      EASTERN DISTRICT OF CALIFORNIA

13                             **SACRAMENTO DIVISION**
14

15 
| | |
|---|---|
| LINDA  RATCLIFF,               ) | CIVIL NO.: 2:10-CV-01244-EFB |
|                                ) | |
| Plaintiff,                     ) | |
|                                ) | |
| v.                             ) | STIPULATION AND ORDER FOR |
|                                ) | REMAND PURSUANT TO SENTENCE FOUR OF |
| MICHAEL J. ASTRUE,             ) | 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY |
| Commissioner of                ) | OF JUDGMENT IN FAVOR OF PLAINTIFF AND |
| Social Security,               ) | AGAINST DEFENDANT |
|                                ) | |
| Defendant.                     ) | |
|_____) | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    Stip. & Order for Remand                    1          CIVIL NO.: 2:10-CV-01244-EFB

On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take the following action:

To further consider the opinions of all treating sources, including the opinion of Dr. Lui, in assessing Plaintiff's residual functional capacity, and to provide rationale for the weight accorded to each opinion. If warranted, the ALJ should obtain supplemental vocational expert testimony to assist in determining Plaintiff's ability to perform jobs existing in significant numbers in the national economy.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: January 11, 2011        */s/ Bess M. Brewer*
                               (As authorized by email)
                               BESS M. BREWER
                               Attorney for Plaintiff

Dated: January 11, 2011        BENJAMIN B. WAGNER
                               United States Attorney

                            By */s/ Theophous H.Reagans*
                               THEOPHOUS H. REAGANS
                               Special Assistant United States Attorney

OF COUNSEL:

LYNN M. HARADA
Assistant Regional Counsel
United States Social Security Administration

## ORDER

APPROVED AND SO ORDERED. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff and against Defendant, and to close this case.

DATED: January 12, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE